# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162328

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ADAM MICHAEL KOEHLER,
      Defendant-Appellant.

_____/

SC: 162328
COA: 354232
Oakland CC: 2014-251318-FH

On order of the Court, the application for leave to appeal the October 12, 2020 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2021

b0616

Clerk